IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. ALMEIDA, | 1:12-cv-00793-MJS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| GREG LEWIS, | |
| | (Doc. 20) |
| Respondent. | |
| | DEADLINE: OCTOBER 6, 2012 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 17, 2012, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Respondent is granted until October 6, 2012 in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   September 17, 2012          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE