IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. ALMEIDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GREG LEWIS,<br><br>　　　　Respondent.<br>_____/ | 1:12-cv-00793-MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 20)<br><br>DEADLINE: OCTOBER 6, 2012 |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 17, 2012, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

　　Respondent is granted until October 6, 2012 in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:　September 17, 2012　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE