UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. ALMEIDA, | 1:12-cv-00793-MJS  (HC) |
| Petitioner, | |
| v. | ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND MOTIONS FOR LEAVE TO CONDUCT DISCOVERY |
| GREG LEWIS, Warden, | |
| Respondent. | (Docs. 3-4, 24, 26) |
| _____/ | |

On May 14 and October 22, 2012, Petitioner filed motions for the appointment of counsel.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's requests for appointment of counsel are denied.

On May 14 and November 26, 2012, Petitioner also filed motions for leave to conduct discovery. At this juncture, this Court's review of the state court's decision is limited to the record presented before the state court. See Cullen v. Pinholster, 131 S. Ct. 1388, 1398, 179

L. Ed. 2d 557 (2011). Additional evidence is not relevant to such inquiry. Petitioner's requests to conduct discovery are DENIED without prejudice. (It is noted, however, that much of the discovery requested likely was provided by Respondent in responding to the petition. (See ECF No. 25., Notice of Lodged Docs.)

IT IS SO ORDERED.

Dated: February 21, 2013       /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE